478

672 A.2d 784

**I.B. ABEL, INC., and Edwin L. Heim Company, Respondents,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (Richard REEVER), Petitioner.**

Supreme Court of Pennsylvania.

March 7, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 7th day of March, 1996, the Petition for Allowance of Appeal is granted and the case is remanded to the Workmen's Compensation Appeal Board for consideration of Petitioner's evidentiary issue regarding the referee's denial of benefits.

NEWMAN, J., did not participate in the consideration or decision of this matter.